# United States District Court

_____ DISTRICT OF __DELAWARE__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>WILLIE E. WHEAT<br>(D.O.B.       '1947)<br><br>(Name and Address of Defendant) | REDACTED<br>**CRIMINAL COMPLAINT**<br><br>CASE NUMBER: 05- 103M-MPT |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 27, 2005__ in __New Castle__ county, in the _____ District of __Delaware__ defendant(s) did, (Track Statutory Language of Offense)

knowingly flee the State of Delaware to avoid prosecution

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __FBI Special Federal Officer__ and that this complaint is based on the following
                                         Official Title
facts:   AFFIDAVIT attached.

```
F I L E D
JUL 2 8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant
Robert Krycala
Special Federal Officer, FBI

Sworn to before me and subscribed in my presence,

Date: July 28, 2005     at  Wilmington, Delaware
                             City and State

Honorable Mary Pat Thynge
United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

# Affidavit of
# SFO Robert F. Kracyla

1.) I am a Special Federal Officer assigned to the FBI Fugitive Task Force and I have been a Police Officer for more than 20 years.

2.) On July 27, 2005 Level 5 Prosecutor Mark Bunitsky of the Delaware Attorney General's requested FBI assistance to locate and apprehend Willie E. Wheat. Prosecutor Bunitsky advised that Wheat is wanted for a parole violation for a sexual assault of sodomy on a girl. The felony parole violation was authorized by New Castle County Superior Court and issued on 06-16-1989.

3.) Investigation conducted by the Delaware State Police and the FBI Task Force revealed that Wheat has fled the State of Delaware.

4.) The Delaware Attorney General's Office has agreed to extradite Wheat wherever he is apprehended.

_____
Robert F. Kracyla
Special Federal Officer, FBI