IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-103M (MPT) |
| | ) |
| WILLIE EDWARD WHEAT | ) |
| | ) |
| Defendant. | ) |

### MOTION AND ORDER TO UNSEAL AND DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to unseal and dismiss the Criminal Complaint and Warrant for Arrest, issued on or about July 25, 2005, as the fugitive has been apprehended.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 2-7-06

IT IS SO ORDERED this ___ day of February, 2006.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
FEB 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE