AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF **DELAWARE**

UNITED STATES OF AMERICA
V.

WILLIE E. WHEAT
(D.O.B. 7/12/1947)

## WARRANT FOR ARREST

CASE NUMBER: 05-103M-MPT

**REDACTED**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Willie E. Wheat__
                                            Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Unlawful Flight to Avoid Prosecution

2006 FEB 24 PM 1:44

in violation of Title __18__ United States Code, Section(s) __1073__

Honorable Mary Pat Thynge
Name of Issuing Officer

[signature]
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

7/28/05 Wilmington, DE
Date and Location

Bail fixed at $ __NO BAIL__   by [signature]
                                  Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Willie E Wheat DISMISSED per Court order

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7-28-05 | William David, DUSM | [signature] William [illegible] |
| DATE OF ARREST | | |
| 2-8-06 | | |